## No. 840.

### THE STATE VS. GABRIEL HEBERT.

The fact that a juror has conscientious scruples against inflicting the death penalty is good ground of challenge for cause in a capital case.

Where a motion for a continuance had been made by the prisoner and refused, and afterwards a change of venue was prayed by him and granted, and a conviction had in the new forum, it is too late to complain of the refusal of the continuance.

No bill having been reserved to the refusal, the prisoner is deemed to have waived his rights under the motion.

APPEAL from the District Court for East Baton Rouge.    M. McVEA, J.

*Potts*, District Attorney, for the State.    *Knickerbocker* for Defendant.

MANNING; C. J., delivered the opinion affirming the judgment.